

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. AP-76,010, AP-76,011, AP-76,012, AP-76,013 & AP-76,014

### EX PARTE STEVEN CHARLES PHILLIPS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. F82-77700-Q; F82-77162-Q; F82-79140-Q; F82-86866-Q
### IN THE 204TH DISTRICT COURT FROM DALLAS COUNTY AND
### CAUSE NO.  F82-77161-M IN THE 194TH DISTRICT COURT FROM
### DALLAS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  Applicant was convicted of two aggravated sexual abuse causes, sentenced to forty and thirty years' imprisonment, indecency with a child, sentenced to ten years' imprisonment, burglary of a habitation, sentenced to thirty years' imprisonment, and aggravated rape, sentenced to ten years' imprisonment.  The Fifth Court of Appeals affirmed his convictions for one of the aggravated sexual abuse cases and the burglary of

a habitation. *Phillips v. State*, No. 05-83-1058-CR (Tex. App.–Dallas, delivered October 26, 1984) and *Phillips v. State,* No. 05-82-01260-CR (Tex. App.–Dallas, delivered January 4, 1984). Applicant pleaded guilty to the other causes and no appeal was taken from those.

Applicant contends that he has newly discovered evidence that he is actually innocent of these offenses. The trial court has determined that no rational jury would have convicted Applicant in light of the new evidence, which was previously unavailable to Applicant. The evidence, obtained pursuant to post-conviction DNA testing and investigation, indicates that it was another individual, and not Applicant, who committed at least one of these offenses. Applicant is entitled to relief. *Ex parte Elizondo*, 947 S.W.2d 202, 209 (Tex. Crim. App. 1996).

Relief is granted. The judgments in Cause Nos. F82-77700-Q; F82-77162-Q; F82-79140-Q and F82-86866-Q in the 204th District Court of Dallas County and Cause No. F82-77161-M in the 194th District Court of Dallas County are set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charges against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Parole Division.


Delivered: October 1, 2008
Do Not Publish